**FORM RAB9A** (Ch 7 Ind/Jnt Db No Asset Cs) (12/12)          Case Number **13−23310**

# UNITED STATES BANKRUPTCY COURT
District of Utah

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 3/27/13 and was converted to a case under chapter 7 on 6/26/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kerrod Goerg<br>aka Kerrod John Goerg<br>3265 South 4300 West<br>Salt Lake City, UT 84120 | Victoria Goerg<br>aka Victoria Rosalia Goerg<br>3265 South 4300 West<br>Salt Lake City, UT 84120 |
| Case Number:<br>13−23310 WTT | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−1862<br>xxx−xx−7076 |
| Attorney for Debtor(s) (name and address):<br>Sarah L. Mathews<br>Enderton & Mathews, LLC<br>555 East 4500 South<br>Suite C−200<br>Salt Lake City, UT 84107<br>Telephone number: 801−281−0252 | Bankruptcy Trustee (name and address):<br>Duane H. Gillman tr<br>Durham Jones & Pinegar<br>111 East Broadway<br>Suite 900<br>P.O. Box 4050<br>Salt Lake City, UT 84110−4050<br>Telephone number: (801) 415−3000 |

### Meeting of Creditors

Date: **August 7, 2013**         Time: **11:30 am**
Location: **405 South Main Street, Suite 250, Salt Lake City, UT 84111**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 10/7/13**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>350 South Main #301<br>Salt Lake City, UT 84101<br>Telephone number: (801) 524−6687 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>David A. Sime |
| Hours Open: 8:00 AM − 4:30 PM; Telephone 8:00 AM − 4:30 PM | Date: 7/1/13 |

### Online Information

Case information is available at no charge on our Voice Case Information System (VCIS). Call 1−866−222−8029 #85 with your touch−tone telephone. Case information is also available on the Internet using our PACER service for a $.10/page fee. An account is required. Visit our homepage at **www.utb.uscourts.gov** for details.

**EXPLANATIONS** FORM RAB9A (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice/Note** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Important notice to individual debtor(s): All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. Do not include this notice with any filing you make with the court. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Dismissal | This case may be dismissed unless a written objection to dismissal is filed by the debtor, a creditor or party in interest within 21 days after a creditors' meeting, if the debtor(s) or debtor's counsel fail to attend the creditors' meeting or fail to timely file required documents [Local Rules 1007–1, 2003–1(a)]. A hearing on the objection to dismissal must be set at the time the objection is filed and notice of the hearing must be sent to the trustee, all creditors and parties of interest, or the case shall be dismissed. |
| Appointment of Interim Trustee | The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the estate of the captioned debtor(s) and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U.S. Trustee in writing of any rejection within seven days after receipt of notice of selection. |

–– Refer to Other Side for Important Deadlines and Notices ––

```
                              United States Bankruptcy Court
                                     District of Utah
In re:                                                              Case No. 13-23310-WTT
Kerrod Goerg                                                        Chapter 7
Victoria Goerg
        Debtors                   CERTIFICATE OF NOTICE
District/off: 1088-2          User: ma                    Page 1 of 4                   Date Rcvd: Jul 01, 2013
                              Form ID: rab9a              Total Noticed: 115

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2013.
db/jdb       +Kerrod Goerg,    Victoria Goerg,    3265 South 4300 West,    Salt Lake City, UT 84120-1811
aty           Darwin H. Bingham,    Scalley Reading Bates Hansen & Rasmussen,     Gateway Tower West,
               15 West South Temple, Suite 600,    P.O. Box 11429,    Salt Lake City, UT 84147-0429
aty          +Sarah L. Mathews,    Enderton & Mathews, LLC,    555 East 4500 South,    Suite C-200,
               Salt Lake City, UT 84107-4508
aty          +Stephen M. Enderton,    Enderton & Mathews, LLC,    555 East 4500 South,    Suite C-200,
               Salt Lake City, UT 84107-4508
8774185      +Allied Interstate,    3000 Corporate Exchange Drive,    Columbus, OH 43231-7684
8774186       Allied Interstate, Inc,    PO Box 361597,    Columbus, OH 43236-1597
8774188      +America First Credit Union,    P.O. Box 9199,    Attn: Collections,    Ogden, UT 84409-0199
8774193       Associated Pathologists,    PO Boix 79074,    Phoenix, AZ 85062-9074
8774197       Brian E. Lee, MD, LTD,    PO Box 621406,    Las Vegas, NV 89162-1406
8774198      +Brian J. William, MD PC,    602 East Fort Union Blvd,    2nd Floor,    Midvale, UT 84047-2216
8774200       Care Credit,    c/o GE Money Bank,    2200 East Devon Ave., Suite 200,    Des Plaines, IL 60018-4501
8774202       Central Utah Radiology,    PO Box 908,    Bountiful, UT 84011-0908
8774203      +Central Valley Medical Center,    PO Box 412,    Nephi, UT 84648-0412
8774205       CheckNet,    PO Box 150,    Provo, UT 84603-0150
8774206      +CheckNet, Inc,    746 East 1910 South,    Suite 4,    Provo, UT 84606-6244
8774208      +Danny Huffaker,    3265 South 4300 West,    West Valley City, UT 84120-1811
8774210       EMP of Clark Saint Rose PLLC,    PO Box 637379,    Canton, OH 44718-7379
8774209       Emergency Physicians Integrated Care,    P.O. Box 96398,    Oklahoma City, OK 73143-6398
8774214      +Family Support Center,    c/o Bonded Adjustment Bureau,    11620 South State Street, Suite 1404,
               Draper, UT 84020-7124
8774215       FedLoan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
8774216      +Financial Corp of America,    12515 Research Blvd,    Bldg 2,    Austin, TX 78759-2247
8774217      +G. Scott Jensen/Kevin P. Sullivan,    Jensen and Sullivan, LLC,    P.O. Box 150612,
               Ogden, UT 84415-0612
8774218       Granger Medical,    Billing Office,    PO Box 70658,    West Valley City, UT 84170-0658
8774219      +Granite Peaks Gastroenterology,    9829 South 1300 East,    Suite 300,    Sandy, UT 84094-4072
8774220      +Hand & Orthopedic Rehab,    5151 South 900 East,    Suite 100,    Salt Lake City, UT 84117-6658
8774221       Home Depot Credit Services,    PO Box 182676,    Columbus, OH 43218-2676
8774222       Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
8774225       IHC/ARC,    4646 West Lake Park Blvd,    PO Box 30191,    Salt Lake City, UT 84130-0191
8774227       Intermountain Healthcare,    PO Box 30193,    Salt Lake City, UT 84130-0193
8774228       Intermountain Healthcare (p),    PO Box 27808,    Salt Lake City, UT 84127-0808
8774229       Intermountain Medical Group,    PO Box 27128,    Salt Lake City, UT 84127-0128
8774230       Intermountain Medical Group,    PO Box 34578,    Seattle, WA 98124-1578
8774233       Jay V Barney, P.C.,    404 East 4500 South,    Suite A-34,    Salt Lake City, UT 84107-2710
8774234       Jordan Valley Hospital Holdings,    PO Box 100755,    Atlanta, GA 30384-0755
8774235      +Jordan Valley Medical Center,    3580 West 9000 South,    West Jordan, UT 84088-8899
8774236       Juab County Ambulance Service,    PO Box 126,    Tropic, UT 84776-0126
8774237       Kirk A. Cullimore, LLC,    Agent for RC Willey,    P.O. Box 65655,    Salt Lake City, UT 84165-0655
8774239      +Laparoscopic Surgery of Nevada,    8285 West Arby,    Suite 165,    Las Vegas, NV 89113-2239
8774240       Les Schwab,    3751 West 3500 South,    West Valley City, UT 84120-3303
8774241      +Les Schwab Tire Centers of UTAH, Inc.,    PO Box 5350,    Bend, OR 97708-5350
8774242      +Mad Science,    59 North 1400 West,    Centerville, UT 84014-1714
8774244       Mountain America Credit Union (MTG),    Mortgage Servicing,    1 Corporate Drive, Suite 360,
               Lake Zurich, IL 60047-8945
8774247      +Mountain Land Collections,    PO Box 1280,    American Fork, UT 84003-6280
8774249       Mountain Medical Physician Specialists,    PO Box 29684,    Phoenix, AZ 85038-9684
8774248      +Mountain Medical/Physicians,    Checknet,    PO Box 150,    Provo UT 84603-0150
8774251      +NAR, (North American Recovery),    1600 West 2200 South,    Suite 410,
               West Valley City, UT 84119-7240
8774252      +Nephi Medical Clinic,    c/o CVMC,    48 West 1500 North,    Nephi, UT 84648-8900
8774253       Ocwen,    PO Box 6440,    Carol Stream, IL 60197-6440
8774254      +Ocwen Federal Bank,    Correspondence Address,    P.O. Box 785055,    Orlando, FL 32878-5055
8774256       Ocwen Loan Servicing, LLC,    Customer Service Dept.,    PO Box 24738,
               West Palm Beach, FL 33416-4738
8774258       Outsource Receivable,    372 24th Street,    Suite 300,    Ogden, UT 84401-1438
8774257       Outsource Receivable,    P.O. Box 166,    Ogden, UT 84402-0166
8774259       PBS Anesthesia,    7326 West Cheyenne Ave,    Las Vegas, NV 89129-6201
8774266       PW,    PO Box 16957,    North Hollywood, CA 91615-6957
8774260      #+Peterson & Nykamp Attorneys,    5383 South 900 East,    Suite 103,    Salt Lake City, UT 84117-7266
8774261      +Pioneer Valley Hospital,    PO Box 277284,    Atlanta, GA 30384-7284
8774262       Pioneer Valley Hospital,    a Campus of Jordan Valley Med Ctr,    3460 South Pioneer Parkway,
               West Valley City, UT 84120-2098
8774267      +Quinn M. Kofford, Attorney,    43 North 470 West,    PO Box 1425,    American Fork, UT 84003-6425
8774270       RC Willey,    PO Box 410429,    Salt Lake City, UT 84141-0429
8774271       RC Willey Financial Services,    P.O. Box 65320,    Attn: Bankruptcy Department,
               Salt Lake City, UT 84165-0320
8774272       RGL Medical Services,    PO Box 95970,    South Jordan, UT 84095-0970
8774269       Radiology Associates of Nevada,    Dept. #305,    PO Box 30102,    Salt Lake City, UT 84130-0102
8774275       SCA Collections,    PO Box 876,    Greenville, NC 27835-0876
```

```
District/off: 1088-2           User: ma                     Page 2 of 4                    Date Rcvd: Jul 01, 2013
                               Form ID: rab9a               Total Noticed: 115


8774276       +SCALLEY READING BATES,    HANSEN & RASMUSSEN, P.C.,    15 West South Temple, Suite 600,
                Salt Lake City, UT 84101-1536
8774273       +Salt Lake County Library - West Jordan,    8030 South 1825 West,    West Jordan, UT 84088-5625
8774274        Salt Lake County Library Systems,    Attn: Collection Dept - Unique Ntl Coll,
                2197 East Ft. Union Blvd,    Salt Lake City, UT 84121-3139
8774277       +Sorenson Multicultural Center,    855 West California Ave,    attn: Teresa Potter,
                Salt Lake City, UT 84104-1632
8774278       +Southwest Family Medical,    1575 West 7000 South,    West Jordan, UT 84084-3431
8774279        St. Rose Dominican Hospitals,    PO Box 101081,    Pasadena, CA 91189-1089
8774280       +Staff Development for Educators,    PO Box 577,    Peterborough, NH 03458-0577
8774281       +Sunrise Credit Services,    260 Airport Plaza,    Farmingdale, NY 11735-4021
8774282        Sunrise Credit Services, Inc,    PO Box 9100,    Farmingdale, NY 11735-9100
8774283       +T-Mobile - payments,    PO Box 660252,    Dallas, TX 75266-0252
8774286       +University of Utah,    IA & SL,    201 South 1460 East Rm 165,    Salt Lake City, UT 84112-9099
8774287       +University of Utah,    PO Box 410457,    Salt Lake City, UT 84141-0457
8774288        Utah Gastroenterology,    PO Box 410017,    Salt Lake City, UT 84141-0017
8774289        Utah Pathology Service, Inc,    PO Box 30309,    Charleston, SC 29417-0309
8774291        West Management,    7171 Mercy Road,    Suite 250,    Omaha, NE 68106-2630
8774292       +West Valley City Family Fitness Center,    5415 West 3100 South,    West Valley City, UT 84120-1428
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             EDI: BDHGILLMAN.COM Jul 02 2013 01:33:00      Duane H. Gillman tr,    Durham Jones & Pinegar,
                111 East Broadway,    Suite 900,    P.O. Box 4050,    Salt Lake City, UT  84110-4050
8774184       +EDI: AFNIRECOVERY.COM Jul 02 2013 01:33:00      AFNI,    PO Box 3427,    404 Brock Drive,
                Bloomington, IL 61701-2654
8774187        EDI: RMCB.COM Jul 02 2013 01:33:00      AMCA,    2269 South Saw Mill River Rd, Bldg 3,
                PO Box 1235,    Elmsford, NY 10523-0935
8774192        E-mail/Text: ebn@americollect.com Jul 02 2013 04:55:17      Americollect,    PO Box 1566,
                Manitowoc, WI 54221-1566
8774190       +EDI: AMEREXPR.COM Jul 02 2013 01:33:00      American Express,    P.O. Box 650448,
                Dallas, TX 75265-0448
8774191       +EDI: AMEREXPR.COM Jul 02 2013 01:33:00      American Express,    PO Box 297871,
                Fort Lauderdale, FL 33329-7871
8774189       +EDI: AMEREXPR.COM Jul 02 2013 01:33:00      American Express,    PO Box 297872,
                Fort Lauderdale, FL 33329
8782494        EDI: AIS.COM Jul 02 2013 01:33:00      American InfoSource LP as agent for,
                T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
8798656        EDI: AIS.COM Jul 02 2013 01:33:00      American InfoSource as agent for,    InSolve Recovery, LLC,
                as assignee of GE Capital Retail Bank,    PO Box 269093,    Oklahoma City, OK  73126-9093
8774195        EDI: HFC.COM Jul 02 2013 01:33:00      Best Buy,    PO Box 49353,    San Jose, CA 95161-9353
8774196        E-mail/Text: banko@bonncoll.com Jul 02 2013 03:22:19      Bonneville Billing and Collections, Inc,
                P.O. Box 150621,    Ogden, UT 84415-0621
8774194       +EDI: BASSASSOC.COM Jul 02 2013 01:33:00      Capital One, N.A.,    c/o Bass & Associates, P.C.,
                3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
8774199        EDI: RMSC.COM Jul 02 2013 01:33:00      Car Care ONe,    c/o GE Money,    PO Box 960061,
                Orlando, FL 32896-0061
8774201        EDI: RMSC.COM Jul 02 2013 01:33:00      Care Credit,    c/o GE Money Bank,    PO Box 960061,
                Orlando, FL 32896-0061
8774204        E-mail/Text: bklaw2@centurylink.com Jul 02 2013 04:55:13      CenturyLink,    PO Box 29040,
                Phoenix, AZ 85038-9040
8774207       +E-mail/Text: billing@wecanhelpout.com Jul 02 2013 04:11:13
                Comprehensive Psychological Services,    1208 East 3300 South,    Salt Lake City, UT 84106-2522
8774211        EDI: ESCALLATE.COM Jul 02 2013 01:33:00      Escallate LLC,    PO Box 710732,
                Columbus, OH 43271-0732
8774212       +E-mail/Text: bankruptcy@utbrs.com Jul 02 2013 04:55:56      Evergreen Account Management,
                3480 Washington Blvd.,    #106,    Ogden, UT 84401-4150
8774223        EDI: HFC.COM Jul 02 2013 01:33:00      HSBC Retail Services,    PO Box 49353,
                San Jose, CA 95161-9353
8774224        EDI: ICSYSTEM.COM Jul 02 2013 01:33:00      I.C. System, Inc,    444 Highway 96 East,
                PO Box 64887,    Saint Paul, MN 55164-0887
8774226        EDI: RMSC.COM Jul 02 2013 01:33:00      IKEA,    PO Box 530942,    Atlanta, GA 30353-0942
8774232        EDI: IRS.COM Jul 02 2013 01:33:00      Internal Revenue Service,    Attn: Insolvency Mail Stop 5021,
                50 South 200 East,    Salt Lake City, UT 84111
8774231        EDI: IRS.COM Jul 02 2013 01:33:00      Internal Revenue Service,
                Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
8774238        E-mail/Text: bureauknight@yahoo.com Jul 02 2013 04:18:45      Knight Adjustment Bureau,
                404 East 4500 South,    Suite A-34,    Salt Lake City, UT 84107-2710
8774246        E-mail/Text: rrichardson@macu.com Jul 02 2013 04:19:47      Mountain America Credit Union,
                PO Box 9001,    West Jordan, UT 84084-9001
8774243       +E-mail/Text: rrichardson@macu.com Jul 02 2013 04:19:47      Mountain America Credit Union,
                735 SOUTH STATE STREET #300,    SALT LAKE CITY, UTAH 84111-3821
8774245        E-mail/Text: rrichardson@macu.com Jul 02 2013 04:19:47      Mountain America Credit Union,
                735 South State Street,    Suite 300,    Salt Lake City, UT 84111-3821
8774250        E-mail/Text: barcher@abeomed.com Jul 02 2013 04:51:57      Mountain West Anesthesia,    PO Box 3570,
                Salt Lake City, UT 84110-3570
8774255       +Fax: 407-737-5634 Jul 02 2013 05:44:29      Ocwen Loan Servicing, LLC,    1661 Worthington Road,
                Suite 100,    West Palm Beach, FL 33409-6493
8774263        EDI: PRA.COM Jul 02 2013 01:33:00      Portfolio Recovery Associates LLC,    PO Box 41067,
                Norfolk, VA 23541-1067
```

```
District/off: 1088-2           User: ma                    Page 3 of 4                   Date Rcvd: Jul 01, 2013
                               Form ID: rab9a              Total Noticed: 115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
8774265       EDI: PRA.COM Jul 02 2013 01:33:00      Portfolio Recovery Associates, LLC,    PO Box 12914,
              Norfolk, VA 23541
8774264       EDI: PRA.COM Jul 02 2013 01:33:00      Portfolio Recovery Associates, LLC,
              Riverside Commerce Center,   120 Corporate Blvd., Suite 100,    Norfolk, VA 23502-4962
8774268      +E-mail/Text: bklaw@centurylink.com Jul 02 2013 03:22:56      Qwest Corporation DBA CenturyLink,
              CenturyLink Bankruptcy Department,   700 W Mineral Ave., Arizona Room,
              Littleton, CO 80120-4511
8774275       E-mail/Text: bcreech@scacollections.com Jul 02 2013 05:07:02      SCA Collections,   PO Box 876,
              Greenville, NC 27835-0876
8774284      +EDI: AISTMBL.COM Jul 02 2013 01:33:00      T-Mobile Wireless Legal Dept,    12920 SE 38th St,
              Bellevue, WA 98006-7305
8774285       EDI: AISTMBL.COM Jul 02 2013 01:33:00      T-Mobile, Bankruptcy,    PO Box 37380,
              Albuquerque, NM 87176-7380
8774290       EDI: UTAHTAXCOMM.COM Jul 02 2013 01:33:00      Utah State Tax Commission,    Attn: Bankruptcy Unit,
              210 North 1950 West,   Salt Lake City, UT 84134-9000
                                                                                              TOTAL: 37

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 03, 2013**                           **Signature:**   *Joseph Speetjens*

```
District/off: 1088-2          User: ma                 Page 4 of 4                  Date Rcvd: Jul 01, 2013
                              Form ID: rab9a           Total Noticed: 115
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2013 at the address(es) listed below:
```
              Darwin H. Bingham    on behalf of Creditor    Mountain America Federal Credit Union
               dbingham@scalleyreading.net, cat@scalleyreading.net
              Duane H. Gillman tr    dhgnotice@djplaw.com, ut02@ecfcbis.com
              Kevin R. Anderson tr    kanderson@ch13kra.com, lneebling@ch13kra.com
              Sarah L. Mathews    on behalf of Joint Debtor Victoria    Goerg mathews@emlegal.net,
               turia@emlegal.net;senderton@emlegal.net
              Sarah L. Mathews    on behalf of Debtor Kerrod    Goerg mathews@emlegal.net,
               turia@emlegal.net;senderton@emlegal.net
              Stephen M. Enderton    on behalf of Joint Debtor Victoria    Goerg senderton@emlegal.net,
               turia@emlegal.net;mathews@emlegal.net
              Stephen M. Enderton    on behalf of Debtor Kerrod    Goerg senderton@emlegal.net,
               turia@emlegal.net;mathews@emlegal.net
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 8
```